UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VEOLIA TRANSPORTATION
SERVICES, INC.,

       Plaintiff,                          CASE NO. 09-14367

-vs-                                              PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE
CITY OF DETROIT,

       Defendant.
_____/

### ORDER STRIKING PLAINTIFF'S "ADVISORY MOTION"

      The clerk of the Court has accepted for filing plaintiff's Advisory Motion regarding the Affidavit of David Sucha. Upon review, however, the Court has determined that there is no such thing as an Advisory Motion, and therefore, the motion is stricken. Read Fed R. Civ. P 11!

                                                       S/Paul D. Borman
                                                         PAUL D. BORMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: February 9, 2011

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 9, 2011.

                                                       S/Denise Goodine
                                                     Case Manager